### MORTON *v.* BEAVERS.

HILL, J. This case is identical in its facts with the case of *Holder* v. *Beavers,* ante, and is controlled by the decision in that case.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*